# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NO. 2:22-CR-0009 -JRG-RSP |
| | § | |
| BOYD LYNN BUTCHER | § | |

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND FINDING DEFENDANT GUILTY PURSUANT TO RULE 11 (c)(1)(C)

On this day, the Court considered the Findings of Fact and Recommendation of United States Magistrate Judge Roy S. Payne regarding Defendant's plea of guilty under the provisions of Rule 11(c)(1)(C) to Count 1 of an information charging defendant with a violation of 26 U.S.C. § 7206(2), false and fraudulent statements. Having conducted a proceeding in the form and manner prescribed by FED. R. CRIM P. 11, the Magistrate Judge recommends that the Court accept the Defendant's guilty plea, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the Pre-Sentence Report, the agreed sentence is determined not to be the appropriate disposition of the case. The parties waived their right to file objections to the Findings of Fact and Recommendation. The Court is of the opinion that the Findings of Fact and Recommendation should be accepted.

It is accordingly **ORDERED** that the Findings of Fact and Recommendation of the United States Magistrate Judge, filed on January 27, 2023 are hereby **ADOPTED**.

It is further **ORDERED** that, pursuant to Defendant's plea agreement, the Court finds Defendant **GUILTY** of Count 1 of the information in the above-numbered cause, reserving to the District Judge the option of rejecting the Plea Agreement if, after review of the Pre-Sentence Report, the agreed sentence is determined not to be the appropriate disposition of the

case.

## So Ordered this

**Apr 4, 2023**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE